1   BARRY J. PORTMAN
    Federal Public Defender
2   JEROME E. MATTHEWS
    Assistant Federal Public Defender
3   555 - 12th Street
    Suite 650
4   Oakland, CA 94607-3627
    Telephone:  (510) 637-3500
5
    Counsel for Defendant MARVIN BAKER
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-10 00671 DLJ
                                       )
12                      Plaintiff,     )    STIPULATION AND PROTECTIVE
                                       )    ORDER
13  vs.                                )
                                       )
14  MARVIN BAKER,                      )
                                       )
15                      Defendant.     )
    _____)
16

17

18          With the agreement of the parties, and with the consent of the defendant, the

19  Court is requested to enter a protective order covering certain discovery information.

20          Defendant Marvin Baker is charged with violating the terms of his supervised release,

21  including allegations that he committed the offenses of identity theft and forgery in connection

22  with bank fraud.

23          The government and probation have agreed to provide and/or make available for

24  inspection discovery materials.

25          Due to the nature of the case, the discovery contains personal identifying

26  information, including social security numbers and birth dates, and other private financial

STIP AND ORD                          1

1  information.

2       The parties agree and request that the Court subject disclosure of discovery

3  materials provided to the defendant to the following restrictions:

4       a.  The defendant recognizes that the documents and information

5  provided in discovery shall be used only to prepare and evaluate the defense in this

6  proceeding and agree to take appropriate steps, consistent with his counsel's obligation to

7  present a defense, to protect the privacy rights of third parties, who are not defendants

8  in this action.

9       b.  Neither the defendant nor any other party who is not (1) employed by the Federal

10  Public Defender or (2) assisting the Federal Public Defender in connection with this case, may

11  examine the documents and materials subject to this protective order except in the presence of

12  defense counsel, nor may they make or keep copies of any documents, or make or keep notes,

13  which include the personal or financial information of any individual subject to this protective

14  order.

15       c.  Any pleadings that reveal the personal identifying or private financial information of

16  third parties, shall either be filed in accordance with Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1

17  or shall be redacted to prevent the disclosure of such information or filed under seal. In the case

18  of the filing of such a sealed pleading, the parties agree to provide each other with copies of the

19  pleading filed under seal.

20       d.  Any person to whom the documents or information are disclosed

21  shall be provided with a copy of this Stipulation and Order and all parties shall

22  maintain records of all persons to whom disclosure has been made following the

23  date of entry of this Stipulation and Order.

24       Within thirty days of the conclusion of this matter, the defense shall return or destroy all

25  materials provided to defense counsel pursuant to this Order, and all other authorized copies,

26  unless the defense seeks authorization from the District Court to retain the material.

1          SO STIPULATED.

2                                                              /s/

3     November 5, 2010          _____
                                TREVOR RUSIN
4                               Assistant United States Attorney

5

6                                                              /s/
      November 5, 2010          _____
7                               JEROME E. MATTHEWS
                                Assistant Federal Public Defender
8

9
                                                               /s/
10    November 1, 2010          _____
                                ALEXANDRE BONNEVILLE
11                              U.S. Probation Officer

12         I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
      within this e-filed document.                    /S/ JEROME E. MATTHEWS
13

14         Good cause appearing therefor, IT IS ORDERED that discovery be provided, reviewed

15    and maintained in conformity with the terms set forth in the foregoing stipulation.

16

17    November  12, 2010         _____
                                 D. LOWELL JENSEN
18                               United States District Judge

19

20

21

22

23

24

25

26

STIP AND ORD                            3